RENOUX v. GENEY.

(Supreme Court, Appellate Term. January 2, 1901.)

WITNESSES—ATTORNEY AND CLIENT—CONFIDENTIAL COMMUNICATION.
Under Code Civ. Proc. § 835, which states that attorneys shall not disclose communications of clients, or advice given, defendant's disclosure of communications by a client, and advice given thereon, in the course of his professional employment, admitted over objection, constituted reversible error.

Appeal from municipal court, borough of Manhattan, First district.
Action by Jeanne Renoux against Hippolyte A. Geney. From a judgment for defendant, plaintiff appeals. Reversed.
See 65 N. Y. Supp. 508.
Argued before TRUAX, P. J., and SCOTT and DUGRO, JJ.

I. H. Harris, for appellant.
G. A. Terry, for respondent.

PER CURIAM. Upon the trial the defendant was allowed, over objection and exception, to disclose communications made by his client to him, and his advice given thereon, in the course of his professional employment. This disclosure was contrary to section 835 of the Code of Civil Procedure. The evidence was offered for the purpose of aiding the defendant in his contention, and it may have done so.

Therefore the judgment is reversed, and a new trial is ordered, with costs to appellant to abide the event.